

## NUMBER 13-08-00373-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

ARIEL CHAVEZ AND OSCAR CHAVEZ,                         APPELLANTS,

v.

ARTURO MEDINA,                                                       APPELLEE.

### On Appeal from the County Court at Law No. 1
### of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Vela
Memorandum Opinion Per Curiam**

Appellants, Ariel Chavez and Oscar Chavez, perfected an appeal from a judgment

entered by the County Court at Law No. 1 of Cameron County, Texas, in cause number

2005-CCL-1432-A. Appellants have filed an agreed motion to dismiss the appeal on

grounds that the parties have reached a settlement agreement in this matter. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' agreed motion to dismiss appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 28th
day of January, 2010.